Palacios v Zinaba (2021 NY Slip Op 50560(U))

[*1]

Palacios v Zinaba

2021 NY Slip Op 50560(U) [71 Misc 3d 141(A)]

Decided on June 17, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570028/21

Miguel A. Palacios, Plaintiff-Appellant, 
against
Wentinda Zinaba, Defendant-Respondent.

Plaintiff, as limited by his brief, appeals from so much of the judgment of the Small Claims
Part of the Civil Court of the City of New York, Bronx County (Bianka Perez, J.), entered on or
about July 22, 2019, after trial, as limited his recovery to the principal sum of $1,554.80.

Per Curiam.
Appeal from judgment (Bianka Perez, J.), entered on or about July 22, 2019, dismissed,
without costs.
"It is the obligation of the appellant to assemble a proper record on appeal" (Babayev v
Kreitzman 168 AD3d 655 [2019][internal citations omitted]). Plaintiff's failure to submit the
relevant exhibits, including the invoice and estimates that were considered by the trial court in
assessing damages, precludes this Court from engaging in meaningful and effective appellate
review of the damages awarded (see CPLR 5526; Zapata v Yugo J & V,
LLC, 183 AD3d 956, 960 [2020]). Without a proper record, this Court cannot render an
informed decision on the merits (see Lynch v Consolidated Edison, Inc., 82 AD3d 442
[2011]) and this appeal must be dismissed (see Strohli v Strohli, 174 AD3d 938, 947
[2019]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2021